**Dismiss and Opinion Filed May 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01034-CV**

**KENDRA BURNES, Appellant**
**V.**
**SPCP HAMPTON OWNER LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04014-E**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Osborne

After appellant failed to timely file her brief, we directed appellant by postcard dated March 30, 2022 to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

211034f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KENDRA BURNES, Appellant

No. 05-21-01034-CV        V.

SPCP HAMPTON OWNER LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-04014-E.
Opinion delivered by Justice Osborne. Justices Schenck and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 10th day of May, 2022.